J. Wilbert Walton, individually, and J. W. Watson, as Administrator, Appellant, v. Louise Baume Coil, *et al.*, Appellees.

*Arthur L. Richardson,* for Appellant.
*L. P. Hardee* and *Raney H. Martin,* for Appellees.

State, *ex rel.* J. G. DuPuis, *et al.,* Relators, v. Honorable Worth W. Trammell, as Judge of the Circuit Court, Etc., Respondent.

*Blackwell & Knight,* for Relators.
*Hendricks & Hendricks,* for Respondent.

Ruth E. Pickard, *et al.,* Appellants, v. Calvin Brinkley, *et al.,* Appellees.

*P. H. Odom,* for Appellants.
*Jennings & Watts,* for Appellees.

F. W. Hildebrand, as Chairman and Member, Etc., *et al.,* Plaintiffs in Error, v. State, *ex rel.* Gordon M. Graham, Defendant in Error.